## Cromack *v.* Food Fair Stores, Inc., Appellant.

Argued December 16, 1966. *Arthur Silverblatt,* with him *James, Harris, Silverblatt & Townend,*

for appellant; *Thomas E. Mack,* with him *Clement E. Kisailus,* for appellees.

Judgment affirmed.

WRIGHT and MONTGOMERY, JJ., dissented.